IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MOLLY JANE ABBOTT,**
  Plaintiff,

vs.             CASE NO.: 5:07cv213/RS/MD

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**
  Defendant.
_____

**REPORT AND RECOMMENDATION**

  This case is before the court upon plaintiff's complaint filed pursuant to 42 U.S.C. § 405(g) seeking judicial review of a final decision of the Commissioner of Social Security denying plaintiff's claim for benefits.  Pending is the defendant's motion for remand pursuant to sentence six of § 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. § 405(g) and 1383(c)(3) (doc. 16).  The plaintiff does not oppose the motion according to the certification of the defendant.

  Pursuant to sentence six of § 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. § 405(g) and 1383(c)(3), the court may, "on motion of the Commissioner made for good cause shown before he files his answer, remand the case to the Commissioner for further action by the Commissioner."  The Commissioner of Social Security states that voluntary remand of the claim is appropriate to complete the administrative record because significant portions of the recording of the oral hearing cannot be transcribed.  Upon receipt of the court's remand order, the Appeals Council will remand the case to an Administrative Law Judge for a de novo hearing.  Good cause has been shown for remand.

**Accordingly, it is RECOMMENDED as follows:**

**1.     That the defendant's motion for remand (doc. 16) be GRANTED.**

**2.     That this case be remanded to the Commissioner of Social Security pursuant to sentence six  of § 205(g) and 1631(c)(3) of the Social Security Act,  42 U.S.C. § 405(g) and 1383(c)(3).**

**3.     That defendant be ordered to direct the Appeals Council to remand this case for a de novo hearing before an Administrative Law Judge.**

**4.     That the clerk be directed to close this file administratively.  The court should retain jurisdiction and order the Commissioner to report on the progress of the case within ninety (90) days of the date of this order and every thirty (30) days thereafter.**

**DONE AND ORDERED this 1st day of February, 2008.**

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.** *Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control*.  **A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**

*Case No: 5:07cv213/RS/MD*