IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MOLLY JANE ABBOTT,

    Plaintiff,

vs.                                                  CASE NO. 5:07cv213/RS-MD

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 17). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Defendant's Motion For Remand (Doc. 16) is granted.

3. This case is remanded to the Commissioner of Social Security pursuant to sentence six of U.S.C. §205(g) and §1631(c)(3) of the Social Security Act, 42 U.S.C. §405(g) and §1383(c)(3).

4. The Commission is ordered to report to the court on the progress of the case within ninety days of the date of this order and every thirty days thereafter.

5. The clerk is directed to close the file administratively. This court otherwise retains jurisdiction.

ORDERED on March 3, 2008.

      /S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**