IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MOLLY JANE ABBOTT,

    Plaintiff,

vs.                              CASE NO. 5:07cv213/RS-MD

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 41), Plaintiff's Objections (Doc. 42), and Defendant's Response To Plaintiff's Objection (Doc. 43). I have considered Plaintiff's objection *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The decision of the Commissioner of Social Security is **affirmed**. This case is dismissed.

3. The clerk is directed to close the file.

**ORDERED** on October 14, 2010.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**